UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KENNETH GRAY, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 4:09-CV-01355 NAB |
| ) | |
| JEFF NORMAN, ) | |
| ) | |
| Respondent. ) | |

IT IS HEREBY ORDERED that the Petitioner Kenneth Gray's motion for leave to file a second citation of supplemental authority in support of his petition for a writ of habeas corpus (Doc. 34) is granted. Petitioner's arguments will be incorporated with his original petition for a writ of habeas corpus for the Court's consideration.

Dated this 9th day of April, 2012.

/s/Nannette A. Baker
NANNETTE A. BAKER
UNITED STATES MAGISTRATE JUDGE