UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| KENNETH GRAY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 4:09-CV-1355 RWS |
| | ) | |
| JEFF NORMAN, | ) | |
| | ) | |
| Respondent. | ) | |

**MEMORANDUM AND ORDER**

This matter comes before me on petitioner's motion for leave to proceed in forma pauperis on appeal and motion for certificate of appealability. Both motions will be granted.

I have reviewed petitioner's motion for certificate of appealability, and I now find that "jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right" on grounds one and two of the petition. Khaimov v. Crist, 297 F.3d 783, 785 (8th Cir. 2002) (quotation omitted). As a result, I will issue a certificate of appealability on these two grounds. 28 U.S.C. § 2253(c).

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's motion for leave to proceed in forma pauperis [Doc. 38] is **GRANTED**.

**IT IS FURTHER ORDERED** that petitioner's motion for certificate of appealability [Doc. 40] is **GRANTED in part**.

**IT IS FURTHER ORDERED** that the Court hereby issues a certificate of appealability on grounds one and two of the petition.

Dated this 16th day of October, 2012.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE